**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESSE GRAHAM, | No. 21-55419 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-07000-MWF-GJS |
| v. | |
| TAYLOR SWIFT, an individual; BIG MACHINE LABEL GROUP LLC, a limited liability company; UNIVERSAL MUSIC GROUP, INC., a California Corporation; KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware Corporation, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted February 15, 2022**

Before:     FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

Jesse Graham appeals pro se from the district court's order dismissing his

copyright action.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In his opening brief, Graham failed to address the grounds for dismissal and has therefore waived his challenge to the district court's order. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief"); *Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) (explaining that arguments raised for the first time in a reply brief are deemed waived); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) (noting that "[w]e will not manufacture arguments for an appellant . . . .").

**AFFIRMED.**